UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                Plaintiff,

-against-

DAVID BROWN et al,

                Defendants.

**ORDER**

25-CV-00747 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 24, 2025, Plaintiff commenced this action against David Brown, Maria Brown, the Secretary of Housing and Urban Development, the New York State Department of Taxation and Finance, and John Does 1-12 (collectively, "Defendants"). (Doc. 1). The Clerk of Court issued summonses as to each Defendant on January 27, 2025. (Docs. 10-13). On February 26, 2025, Plaintiff filed affidavits of service of the Complaint as to each Defendant. (Docs. 19-22). Defendants have not answered or otherwise responded to the Complaint.

On February 5, 2025, Plaintiff filed an Amended Complaint. (Doc. 14). Plaintiff requested the issuance of amended summonses on February 14, 2025. (Docs. 15-18). The Clerk of Court entered a deficiency notice as to these requests. (*Id.*). On March 20, 2025, Plaintiff requested the Clerk of Court issue an amended summons as to Defendant David Brown. (Doc. 23). The Clerk of Court entered a deficiency notice as to that request as well. (*Id.*).

Plaintiff is directed to correct the deficiencies noted by the Clerk's Office and shall, by **May 2, 2025**, serve the amended summonses and Amended Complaint on each Defendant.

Dated: White Plains, New York
       March 31, 2025

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge