```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PHH MORTGAGE CORPORATION,                                  :
                                                           :
                        Plaintiff,                         :
                                                           :            ORDER
v.                                                         :
                                                           :            25-CV-00747 (PMH)
DAVID BROWN, et al.,                                       :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
```

PHILIP M. HALPERN, United States District Judge:

On January 24, 2025, PHH Mortgage Corporation ("Plaintiff") commenced the instant action against David Brown, Maria Brown, the Secretary of Housing and Urban Development (the "Secretary"), and the New York State Department of Taxation and Finance (the "Department," and together, "Defendants"). (Doc. 1). On February 5, 2025, Plaintiff filed an Amended Complaint against Defendants. (Doc. 14).

On April 3, 2025, the Clerk of Court issued summonses as to Defendants with respect to the Amended Complaint. (Docs. 29-32). On April 16, 2025, Plaintiff filed an affidavit of service as to the Department. (Doc. 33). On April 25, 2025, Plaintiff filed an affidavit of service as to the Secretary. (Doc. 36). On May 9, 2025, Plaintiff filed affidavits of service as to David Brown and Maria Brown. (Docs. 37-38). Defendants did not answer or otherwise respond to the Amended Complaint. There has been no activity on the docket since the filing of the affidavits of service.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by June 30, 2025. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
      June 2, 2025

_____
Hon. Philip M. Halpern
United States District Judge

2