UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGATE CORPORATION,

               Plaintiff,

-against-

DAVID BROWN, et al.,

               Defendants.

**ORDER**

25-CV-00747 (PMH)

PHILIP M. HALPERN, United States District Judge:

     By Order dated October 8, 2025, the Court directed "Plaintiff's counsel and HUD's counsel to meet and confer; and submit an agreed upon Judgment of Foreclosure and Sale preserving HUD's interest in surplus funds, if any exist after payments due under Plaintiff's first mortgage," on or before October 22, 2025 (Doc. 67). As of the date of this Order, a modified Judgment of Foreclosure and Sale has not been filed.

     Accordingly, the Court, *sua sponte*, extends the time for the Parties to comply with the Court's October 22, 2025 Order (Doc. 67). Specifically, the agreed upon Judgment of Foreclosure and Sale shall be submitted no later than **November 3, 2025 at 5:00 p.m.**

SO ORDERED.

Dated: White Plains, New York
       October 27, 2025

                                                                               Philip M. Halpern
                                                                               United States District Judge