ROI

Sara Z. Boriskin, Esquire
*Managing Partner, New York Office*

> Application granted. On March 11, 2026, the Court received notice that Defendant Maria Brown filed a Chapter 13 Petition for Bankruptcy in the United States Bankruptcy Court for the Southern District of New York (*see* In re Maria L. Brown, No. 26-35182-KYP (Bankr. S.D.N.Y.).  Based upon Plaintiff's counsel's representations, Defendant Maria Brown's petition was filed on February 24, 2026, prior to the foreclosure sale of the subject property in this matter, which took place later on the same day. Accordingly, as the automatic stay pursuant to 11 U.S.C. Sec. 32 was in effect prior to the sale of the subject property, it is hereby ORDERED that the foreclosure sale on February 24, 2026 is hereby deemed null and void, and thereby vacated.
>
> By 5/12/2026, and every 60 days thereafter, Plaintiff shall update the Court regarding the status of the bankruptcy proceeding.
>
> The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 76.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 12, 2026

**VIA CM/ECF**

March 11, 2026

Hon. Philip M. Halpern
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

RE: PHH Mortgage Corporation v. David Brown, Maria Brown, et al.
    Case #: 7:25-cv-00747-PMH
    Our File #: 25-269138

Dear Judge Halpern:

Please be reminded that this office represents the Plaintiff in the above-referenced foreclosure action.

As can be seen from the Notice of Sale filed on January 15, 2026 (DE #75), a mortgage foreclosure auction sale was scheduled to be held on February 24, 2026 at 10:00 A.M.

The foreclosure sale was in fact held on February 24, 2026 at 10:12 AM, and the property was sold back to the Plaintiff for $500.00, as there were no other bidders.

Neither Plaintiff nor the Referee were notified of any bankruptcy filings prior to the foreclosure sale being held. Nor did any bankruptcy filings appear on a PACER search that morning. Nevertheless, we thereafter learned that one of the borrowers, Maria Brown, filed a Chapter 13 Bankruptcy petition in the U.S. Bankruptcy Court for the Southern District of New York at 9:34 AM of that day. A copy of the stamped filing page and the bankruptcy docket is annexed hereto.

I would appreciate it if the Court would consider this correspondence as a letter motion to the Court to have the foreclosure sale held on February 24, 2026 rescinded as the automatic bankruptcy stay pursuant to 11 U.S.C. §362(a) was in effect at the time of the foreclosure sale, and Plaintiff believes that the foreclosure sale was a nullity and therefore invalid.

Thank you for your courtesies and cooperation herein. Please contact the undersigned with any questions.

Respectfully submitted,

Eric S. Sheidlower, Esq.

TO:

DAVID BROWN
25 INNIS AVENUE
POUGHKEEPSIE, NY 12601

MARIA BROWN
25 INNIS AVENUE
POUGHKEEPSIE, NY 12601

SECRETARY OF HOUSING AND URBAN DEVELOPMENT
JAY CLAYTON
UNITED STATES ATTORNEY
 FOR THE SOUTHERN DISTRICT OF NEW YORK
BY: JOHN E. GURA, JR.
ASSISTANT U.S. ATTORNEY
86 CHAMBERS STREET, 3rd FLOOR
NEW YORK, NY 10007

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
300 MOTOR PARKWAY
HAUPPAUE, NY 11788